```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  ANDREW GSCHWIND, State Bar #231700
   JONATHAN ROLNICK, State Bar #151814
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3973
   Facsimile:    (415) 554-4248
7  E-Mail:       andrew.gschwind@sfgov.org

8
   Attorneys for Defendant
9  CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHAUNA THOMAS, | Case No. CV 13-2266JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO and DOES 1 through 100, inclusive, | Hearing Date:  August 16, 2013<br>Time:          9:30 a.m.<br>Place:         Courtroom 11 |
| Defendant(s). | Trial Date:    N/A |

IT IS HEREBY STIPULATED by and between the parties,

Plaintiff Shauna Thomas served the Summons and Complaint on Defendant City and County of San Francisco in late May 2013. The City filed its Answer on June 20, 2013.

On July 19, 2013, Thomas filed a declination to proceed before Magistrate Judge Nathanael M. Cousins and, on July 22, 2013, the case was reassigned to this Court.

The case currently is schedule for an initial Case Management Conference on August 16, 2013.

Deputy City Attorney Andrew Gschwind is the lead attorney assigned to defend the City in this action.  On July 25, 2013, Mr. Gschwind began a six week family leave of absence.  He is expected back in the office on or about the week of September 9, 2013.

In order to accommodate Mr. Gschwind's leave of absence and to ensure that the lead counsel for the City attends the Case Management Conference in this case, the parties request a five week continuance of the August 16, 2013 Case Management Conference to September 20, 2013, or as soon thereafter as the Court can schedule a Case Management Conference.

Dated:  August 5, 2013

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN ROLNICK
Deputy City Attorney


By:   /s/ Jonathan Rolnick
      JONATHAN ROLNICK

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


NORCAL EMPLOYMENT COUNSEL


      /s/
NEVILLE F. FERNANDES

Attorney for Plaintiff

## [PROPOSED] ORDER

For good cause appearing, the Case Management Conference in the above-captioned action is continued from August 16, 2013 at 1:30 p.m. to ~~September 20~~ November 8, 2013 at 1:30 p.m. The parties shall file a joint case management statement no later than five (5) court days prior to the conference.

**IT IS SO ORDERED**,

Dated: August 6 , 2013

_____
JEFFREY S. WHITE
United States District Judge.