DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar #231700
JONATHAN ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3973
Facsimile: (415) 554-4248
E-Mail: andrew.gschwind@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNA THOMAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1 through 100, inclusive,<br><br>　　　　Defendant(s). | Case No. CV 13-2266JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:　　August 16, 2013<br>Time:　　　　　　9:30 a.m.<br>Place:　　　　　　Courtroom 11<br><br>Trial Date:　　　　N/A |

IT IS HEREBY STIPULATED by and between the parties,

Plaintiff Shauna Thomas served the Summons and Complaint on Defendant City and County of San Francisco in late May 2013. The City filed its Answer on June 20, 2013.

On July 19, 2013, Thomas filed a declination to proceed before Magistrate Judge Nathanael M. Cousins and, on July 22, 2013, the case was reassigned to this Court.

The case currently is schedule for an initial Case Management Conference on August 16, 2013.

1  Deputy City Attorney Andrew Gschwind is the lead attorney assigned to defend the City in this
2  action. On July 25, 2013, Mr. Gschwind began a six week family leave of absence. He is expected
3  back in the office on or about the week of September 9, 2013.
4  In order to accommodate Mr. Gschwind's leave of absence and to ensure that the lead counsel
5  for the City attends the Case Management Conference in this case, the parties request a five week
6  continuance of the August 16, 2013 Case Management Conference to September 20, 2013, or as soon
7  thereafter as the Court can schedule a Case Management Conference.

Dated: August 5, 2013

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH S. SALVESON
    Chief Labor Attorney
    JONATHAN ROLNICK
    Deputy City Attorney


    By: /s/ Jonathan Rolnick
    JONATHAN ROLNICK

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO


    NORCAL EMPLOYMENT COUNSEL


    /s/
    NEVILLE F. FERNANDES

    Attorney for Plaintiff

Stipulation and [Proposed] Order Cont. CMC     2     n:\labor\li2013\131189\00864502.doc
CASE NO. CV 13-2266JSW

[PROPOSED] ORDER

For good cause appearing, the Case Management Conference in the above-captioned action is continued from August 16, 2013 at 1:30 p.m. to ~~September 20~~ November 8, 2013 at 1:30 p.m. The parties shall file a joint case management statement no later than five (5) court days prior to the conference.

**IT IS SO ORDERED**,

Dated: August 6, 2013

_____
JEFFREY S. WHITE
United States District Judge.