1  NEVILLE F. FERNANDES, Cal. Bar No. 240935
   NORCAL EMPLOYMENT COUNSEL
2  567 Sutter St.
   San Francisco, CA 94102
3  Tel: (510) 900-9044
   Fax: (510) 722-6043
4  Email: nf@nccounsel.com

5  Attorney for Plaintiff
   SHAUNA THOMAS

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  SHAUNA THOMAS,                          Case No.  CV 13-2266-JSW

13                    Plaintiff,            **NOTICE OF SETTLEMENT PENDING
                                            FINAL CITY APPROVAL**
        vs.
14

15  CITY AND COUNTY OF SAN FRANCISCO
    and DOES 1 through 100, inclusive,
16
                      Defendants.
17

18                     <u>**NOTICE OF SETTLEMENT**</u>

19       Plaintiff  SHAUNA  THOMAS  and  Defendant  CITY  AND  COUNTY  OF  SAN

20  FRANCISCO, by and through their counsel of record, hereby notify the Court that the Parties have

21  reached a settlement in the above-entitled matter that is contingent upon formal official approval by

22  the City.  The parties expect that the City should formally approve this settlement within 90-100

23  days from today.  Upon final approval and completion of Defendant's duties, Plaintiff will file a

24  notice of dismissal with prejudice.

25       Accordingly,  the  Parties  hereby  respectfully  request  that  the  Court  continue  the  Case

26  Management Conference and all further dates in this lawsuit.

27  //

28

NORCAL EMPLOYMENT COUNSEL
567 SUTTER ST.
SAN FRANCISCO, CA 94102
510.900.9044 (tel)
510.722.6043 (fax)
www.nccounsel.com

                                        1.

1

Respectfully submitted,

2

NORCAL EMPLOYMENT COUNSEL

3

Dated: October 25, 2013

4

5

s/Neville Fernandes
By: Neville F. Fernandes
Attorney for Plaintiff
SHAUNA THOMAS

6

7

8

Dated: October 25, 2013

9

10

s/Andrew Gschwind
By: Andrew Gschwind
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NORCAL EMPLOYMENT COUNSEL
567 SUTTER ST.
SAN FRANCISCO, CA 94102
510.900.9044 (tel)
510.722.6043 (fax)
www.nccounsel.com

2.

**NOTICE OF SETTLEMENT PENDING FINAL CITY APPROVAL**          **CASE NO. CV 13-2266-JSW**

1

## [PROPOSED] ORDER

2      For good cause appearing, the Case Management Conference in this action ~~and all other~~ is CONTINUED
       to February 10, 2014 at 1:30 p.m.

3      ~~dates are continued for 100 days~~ pending notification that the settlement in this action has been

4      finalized.

5

6      **IT IS SO ORDERED.**

7

8      Dated: ___October 29___, 2013                    _____
                                                         JEFFREY S. WHITE
9                                                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NORCAL EMPLOYMENT COUNSEL
567 SUTTER ST.
SAN FRANCISCO, CA 94102
510.900.9044 (tel)
510.722.6043 (fax)
www.nccounsel.com

3.

**NOTICE OF SETTLEMENT PENDING FINAL CITY APPROVAL**          **CASE NO. CV 13-2266-JSW**