NEVILLE F. FERNANDES, Cal. Bar No. 240935
NORCAL EMPLOYMENT COUNSEL
567 Sutter St.
San Francisco, CA 94102
Tel: (510) 900-9044
Fax: (510) 722-6043
Email: nf@nccounsel.com

Attorney for Plaintiff
SHAUNA THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAUNA THOMAS,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.  CV 13-2266-JSW<br><br>**NOTICE OF SETTLEMENT PENDING FINAL CITY APPROVAL** |

## NOTICE OF SETTLEMENT

Plaintiff SHAUNA THOMAS and Defendant CITY AND COUNTY OF SAN FRANCISCO, by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter that is contingent upon formal official approval by the City.  The parties expect that the City should formally approve this settlement within 90-100 days from today.  Upon final approval and completion of Defendant's duties, Plaintiff will file a notice of dismissal with prejudice.

Accordingly, the Parties hereby respectfully request that the Court continue the Case Management Conference and all further dates in this lawsuit.

//

1.

**NOTICE OF SETTLEMENT PENDING FINAL CITY APPROVAL**       **CASE NO. CV 13-2266-JSW**

NORCAL EMPLOYMENT COUNSEL
567 SUTTER ST.
SAN FRANCISCO, CA 94102
510.900.9044 (tel)
510.722.6043 (fax)
www.nccounsel.com

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | NORCAL EMPLOYMENT COUNSEL |
| Dated: October 25, 2013 | s/Neville Fernandes<br>By: Neville F. Fernandes<br>Attorney for Plaintiff<br>SHAUNA THOMAS |
| Dated: October 25, 2013 | s/Andrew Gschwind<br>By: Andrew Gschwind<br>Attorney for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

2.

**NOTICE OF SETTLEMENT PENDING FINAL CITY APPROVAL**     **CASE NO. CV 13-2266-JSW**

NORCAL EMPLOYMENT COUNSEL
567 SUTTER ST.
SAN FRANCISCO, CA 94102
510.900.9044 (tel)
510.722.6043 (fax)
www.nccounsel.com

**[PROPOSED] ORDER**

For good cause appearing, the Case Management Conference in this action ~~and all other~~ is CONTINUED to February 10, 2014 at 1:30 p.m. ~~dates are continued for 100 days~~ pending notification that the settlement in this action has been finalized.

**IT IS SO ORDERED.**

Dated: __October 29__, 2013

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

---

3.

**NOTICE OF SETTLEMENT PENDING FINAL CITY APPROVAL**     **CASE NO. CV 13-2266-JSW**

NORCAL EMPLOYMENT COUNSEL
567 SUTTER ST.
SAN FRANCISCO, CA 94102
510.900.9044 (tel)
510.722.6043 (fax)
www.nccounsel.com