NEVILLE F. FERNANDES, Bar No. 240935
NORCAL EMPLOYMENT COUNSEL
548 Market St., Ste. 22582
San Francisco, CA 94104
Tel: (510) 900-9044
Fax: (510) 722-6043
Email: nf@nccounsel.com

Attorney for Plaintiff
SHAUNA THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNA THOMAS,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV 13-2266-JSW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>CMC Hearing Date: February 10, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 11<br>Trial Date: Not Yet Set |

　　　　Plaintiff SHAUNA THOMAS and Defendant CITY AND COUNTY OF SAN FRANCISCO hereby stipulate as follows:

1. The Parties notified the Court on October 25, 2013 that they had reached a settlement pending City approval in the above-entitled matter.

2. The Court has scheduled a Case Management Conference for next Monday, February 10, 2014.

3. The parties have executed a settlement agreement but Defendant CITY AND COUNTY OF SAN FRANCISCO needs further time for its Department of Public Health and its Health Commission to formally approve the settlement.

4. In the interests of judicial economy, the Parties hereby respectfully request that the Court continue the Case Management Conference scheduled for February 10, 2014 and retain

1.

jurisdiction over this case under Defendant can fulfill the terms of the settlement agreement. Defendant estimates that it needs up to eight weeks to fully perform its obligations. Upon completion of Defendant's duties pursuant to the settlement agreement, Plaintiff will file a notice of dismissal with prejudice.

IT IS SO STIPULATED.

Dated: February 3, 2014

s/Neville Fernandes
By: Neville F. Fernandes
Attorney for Plaintiff
SHAUNA THOMAS

Dated: February 3, 2014

s/Andrew Gschwind
By: Andrew Gschwind
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

1 **[PROPOSED] ORDER**

2 For good cause appearing, the Case Management Conference in the above-captioned action
is continued from February ~~10~~ 14, 2014 at 1:30 p.m. to  Aprile 18          , 2014 at ~~1:30 p.m.~~ 11:00 a.m.  The

4 parties shall file a joint case management conference statement no later than five (5) court days

5 prior to the conference.

6 **IT IS SO ORDERED.**

8 Dated: February 5        , 2014

_____
JEFFREY S. WHITE
United States District Judge

3.

STIPULATION TO CONTINUE CMC                              CASE NO. CV 13-2266-JSW